UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LITTLE,<br><br>    Plaintiff,<br><br>  v.<br><br>NIKKI BEHNER, et al.,<br><br>    Defendants. | Case No. C05-1220L<br><br>ORDER TO SHOW CAUSE |

    On March 9, 2006, the Honorable James P. Donohue, United States Magistrate Judge, issued a Minute Order striking Motion for Extension of Time as Moot, in the above-captioned matter. The Minute Order was mailed to plaintiff, but was returned unopened on March 15, 2006, as plaintiff apparently no longer resides at the address on file with the Court.

    The Clerk of Court is directed to strike the pending Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for June 2, 2006. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

ORDER TO SHOW CAUSE - 1

1

2      DATED this 4th day of April, 2006.

3

4                                          /s/ Robert S. Lasnik
                                           Robert S. Lasnik
5                                          United States District Judge

6

ORDER TO SHOW CAUSE - 2