1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

JOHN LITTLE,

               Plaintiff,

      vs.

NIKKI BEHNER, et al.,

              Defendants.

NO.  C05-1220L

ORDER VACATING ORDER TO
SHOW CAUSE

14

15

16

       Plaintiff having filed a change of address with the Court on May 12, 2006, the Court's Order to
Show Cause entered April 4, 2006, docket #63, is hereby VACATED.

17

18

       DATED this 22nd day of May, 2006.

19

20

21

*M№ S Lasnik*

Robert S. Lasnik
United States District Judge

22

23

24

25

26

27

28

ORDER VACATING-1