UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
JOHN LITTLE,                           )
                                       )   No. C05-1220RSL
                 Plaintiff,            )
       v.                              )
                                       )   ORDER RESETTING REPORT
NIKKI BEHNER, *et al.*,                )   AND RECOMMENDATION
                                       )
                 Defendants.           )
_____ )

This matter comes before the Court *sua sponte*. On May 18, 2006, the Honorable James P. Donohue, United States Magistrate Judge, re-issued his Report and Recommendation (Dkt. #58) in the above-captioned matter. See Dkt. #70. The Report and Recommendation was mailed to plaintiff, but was returned as undeliverable, as the plaintiff apparently no longer resided at the address on file with the Court. Dkt. #72. Subsequently, on May 26, 2006, the Court issued an Order to Show Cause requiring the plaintiff to notify the Court and opposing parties of his current address by July 28, 2006. Dkt. #73. The Order to Show Cause was also returned as undeliverable on June 2, 2006. Dkt. #75. On November 22, 2006, the plaintiff filed a "Notice of Change of Address and a Request for the Status of Proceedings." Dkt. #81.

Accordingly, the Clerk of Court is directed to re-issue the Report and Recommendation (Dkt. #58) and mail it to the address provided by plaintiff: James Oldham Treatment Center; 201 Highland Drive; Buena, WA; 98921.

ORDER RESETTING REPORT
AND RECOMMENDATION

1  Objections to the Report and Recommendation should be filed with the Clerk (*not* mailed
2  directly to Judge's chambers) and served on opposing parties within **twenty-one (21) days** of the
3  date of this Order.  Failure to file objections within the specified time waives the right to appeal
4  any order by this Court adopting the Report and Recommendation.  In accordance with the Local
5  Rules, any objections should be noted for consideration on the motion calendar for the third
6  Friday after they are filed.  If no timely objections are filed, the matter will be ready for
7  consideration by this Court on **February 26, 2007**.

DATED this 25th day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RESETTING REPORT
AND RECOMMENDATION                -2-