UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
JOHN LITTLE,                        )
                                    )   No. C05-1220RSL
            Plaintiff,              )
    v.                              )
                                    )   ORDER TO SHOW CAUSE
NIKKI BEHNER, *et al.*,             )
                                    )
            Defendants.             )
_____)

On January 25, 2007, the Court re-issued the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. See Dkt. #82 (Order Resetting Report and Recommendation). The Report and Recommendation was mailed to plaintiff, but was returned unopened on February 5, 2007, as plaintiff apparently no longer resides at the address on file with the Court. See Dkt. #83; Dkt. #81 (Plaintiff's Notice of Change of Address).

Accordingly, the Clerk of Court is directed to STRIKE the pending Report and Recommendation from the Court's motion calendar and note a "Rule 41 dismissal proceeding" on the calendar for April 9, 2007. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

ORDER TO SHOW CAUSE

1 DATED this 6th day of February, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge