1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                      )
JOHN LITTLE,                                     )
                                                      )          No. C05-1220RSL
                              Plaintiff,             )
                                                      )          ORDER DISMISSING § 1983 ACTION
          v.                                          )          AND ORDER DENYING
                                                      )          DEFENDANTS' MOTION TO STRIKE
NIKKI BEHNER, *et al.*,                       )
                                                      )
                              Defendants.         )
_____)

        The Court, having reviewed defendants' motion for summary judgment (Dkt. #13), the
Report and Recommendation of the Honorable James P. Donohue, United States Magistrate
Judge (Dkt. #70), plaintiff's late-filed objections thereto (Dkt. #108), defendants' motion to
strike and response to plaintiff's objections to the Report and Recommendation (Dkt. #110), and
the remainder of the record, does hereby find and ORDER:

        1.        The Court adopts the Report and Recommendation;

        2.        Defendants' motion to strike plaintiff's objections as untimely (Dkt. #110) is
                  DENIED;

        3.        Defendants' motion for summary judgment (Dkt. #13) is GRANTED, and
                  plaintiff's complaint and this action are DISMISSED with prejudice;

        4.        The Clerk is directed to send copies of this Order to plaintiff, to counsel for
                  defendants, and to the Honorable James P. Donohue.

ORDER DISMISSING § 1983 ACTION
AND DENYING MOTION TO STRIKE

1   DATED this 7th day of May, 2007.

2

3

4   Robert S. Lasnik
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING § 1983 ACTION
AND DENYING MOTION TO STRIKE          -2-